UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: LANTZ, ERICH | § | Case No. 10-73859 |
|       LANTZ, CINDY | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 30, 2010. The undersigned trustee was appointed on August 18, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $_____12,000.00_

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 50.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 11,950.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/21/2011 and the deadline for filing governmental claims was 01/21/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,950.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,950.00, for a total compensation of $1,950.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $26.37, for total expenses of $26.37.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/26/2012          By: /s/MEGAN G. HEEG
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-73859  
**Case Name:** LANTZ, ERICH  
LANTZ, CINDY  
**Period Ending:** 06/26/12

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 07/30/10 (f)  
**§341(a) Meeting Date:** 09/10/10  
**Claims Bar Date:** 01/21/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking, savings or other financial accounts, c<br>   Orig. Asset Memo: Orig. Description: Alpine Bank - Checking; Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking, savings or other financial accounts, c<br>   Orig. Asset Memo: Orig. Description: Alpine Bank - Checking; Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking, savings or other financial accounts, c<br>   Orig. Asset Memo: Orig. Description: Associated Bank - Savings (proceeds from sale of homestead in 2009); Imported from original petition Doc# 1 | 9,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking, savings or other financial accounts, c<br>   Orig. Asset Memo: Orig. Description: Associated Bank - Checking; Imported from original petition Doc# 1 | 400.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking, savings or other financial accounts, c<br>   Orig. Asset Memo: Orig. Description: Alpine Bank - savings (joint account with Bill Perrin); Imported from original petition Doc# 1 | 300.00 | 0.00 | DA | 0.00 | FA |
| 6 | Checking, savings or other financial accounts, c<br>   Orig. Asset Memo: Orig. Description: American Funds - Investment account; Imported from original petition Doc# 1 | 350.00 | 0.00 | DA | 0.00 | FA |
| 7 | Checking, savings or other financial accounts, c<br>   Orig. Asset Memo: Orig. Description: American Funds Investment Account F/B/O eldest son; Imported from original petition Doc# 1 | 946.59 | 0.00 | DA | 0.00 | FA |
| 8 | Checking, savings or other financial accounts, c<br>   Orig. Asset Memo: Orig. Description: American Funds - Investment account F/B/O youngest son; Imported from original petition Doc# 1 | 904.15 | 0.00 | DA | 0.00 | FA |
| 9 | Security deposits with public utilities, telepho<br>   Orig. Asset Memo: Orig. Description: $1,000.00 Security deposit with landlord Brian Ritter; Imported from original petition Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Household goods and furnishings, including audio | 3,000.00 | 0.00 | DA | 0.00 | FA |

Case 10-73859   Doc 58   Filed 07/06/12   Entered 07/06/12 10:43:36   Desc Main
          Document      Page 4 of 13

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-73859
**Case Name:** LANTZ, ERICH
LANTZ, CINDY
**Period Ending:** 06/26/12

**Trustee:** (330490) MEGAN G. HEEG
**Filed (f) or Converted (c):** 07/30/10 (f)
**§341(a) Meeting Date:** 09/10/10
**Claims Bar Date:** 01/21/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Asset Memo: Orig. Description: Normal complement of household goods and furnishings; Imported from original petition Doc# 1 |  |  |  |  |  |
| 11 | Wearing apparel.<br>Orig. Asset Memo: Orig. Description: Normal complement of wearing apparel; Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 12 | Furs and jewelry.<br>Orig. Asset Memo: Orig. Description: Diamond jewelry; Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 13 | Interests in IRA, ERISA, Keogh, or other pension<br>Orig. Asset Memo: Orig. Description: Chicago District Counsel of Carpenters Union - Pension; Imported from original petition Doc# 1 | 84,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | Interests in IRA, ERISA, Keogh, or other pension<br>Orig. Asset Memo: Orig. Description: Actor's Equity Association - Pension; Imported from original petition Doc# 1 | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | Automobiles, trucks, trailers and other vehicles<br>Orig. Asset Memo: Orig. Description: 1999 Plymouth Voyager; Imported from original petition Doc# 1 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | Automobiles, trucks, trailers and other vehicles<br>Orig. Asset Memo: Orig. Description: 2002 BMW 325xi; Imported from original petition Doc# 1 | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | Automobiles, trucks, trailers and other vehicles<br>Orig. Asset Memo: Orig. Description: 2002 Pontiac Grand Am; Imported from original petition Doc# 1 | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 18 | Machinery, fixtures, equipment and supplies used<br>Orig. Asset Memo: Orig. Description: Desktop Computer; Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 19 | Other personal property of any kind not already<br>Orig. Asset Memo: Orig. Description: Table Saw; Imported from original petition Doc# 1 | 400.00 | 0.00 | DA | 0.00 | FA |
| 20 | Other Personal Property (unscheduled) (u)<br>Debtors made payments to University for benefit of | 0.00 | 12,000.00 |  | 12,000.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 10-73859  
**Case Name:** LANTZ, ERICH  
LANTZ, CINDY  
**Period Ending:** 06/26/12

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 07/30/10 (f)  
**§341(a) Meeting Date:** 09/10/10  
**Claims Bar Date:** 01/21/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| adult son after obtaining bktcy counseling. Filed adversary against Uni and adult son | | | | | |
| 20  Assets  Totals (Excluding unknown values) | $125,400.74 | $12,000.00 | | $12,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    July 15, 2011          **Current Projected Date Of Final Report (TFR):**    June 26, 2012  (Actual)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-73859 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | LANTZ, ERICH | | Bank Name: | The Bank of New York Mellon |
| | LANTZ, CINDY | | Account: | 9200-******83-65 - Money Market Account |
| Taxpayer ID #: | **-***0601 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 06/26/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 06/26/2012 03:45 PM    V.12.57

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-73859 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | LANTZ, ERICH | | Bank Name: | The Bank of New York Mellon |
| | LANTZ, CINDY | | Account: | 9200-******83-67 - Checking Account |
| Taxpayer ID #: | **-***0601 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 06/26/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 06/26/2012 03:45 PM    V.12.57

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 10-73859 | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|
| Case Name: | LANTZ, ERICH | Bank Name: | The Bank of New York Mellon |
| | LANTZ, CINDY | Account: | 9200-******83-68 - Checking Account |
| Taxpayer ID #: | **-***0601 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 06/26/12 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/26/12 | {20} | Northern Arizona University | compromise | 1229-000 | 12,000.00 | | 12,000.00 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,975.00 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,950.00 |
| 06/25/12 | 1001 | Action Auctioneering | net proceeds to auctioneer (posted on wrong account)<br>Voided on 06/25/12 | 3610-000 | | 1,179.00 | 10,771.00 |
| 06/25/12 | 1001 | Action Auctioneering | net proceeds to auctioneer (posted on wrong account)<br>Voided: check issued on 06/25/12 | 3610-000 | | -1,179.00 | 11,950.00 |
| | | | **ACCOUNT TOTALS** | | 12,000.00 | 50.00 | **$11,950.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 12,000.00 | 50.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$12,000.00** | **$50.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # 9200-******83-65 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******83-67 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******83-68 | 12,000.00 | 50.00 | 11,950.00 |
| | $12,000.00 | $50.00 | $11,950.00 |

{} Asset reference(s)

Printed: 06/26/2012 03:45 PM   V.12.57

# Claims Proposed Distribution

## Case: 10-73859   LANTZ, ERICH

**Case Balance:** $11,950.00    **Total Proposed Payment:** $11,950.00    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 4 | Alpine Bank | Secured | 9,118.98 | 0.00 | 0.00 | 0.00 | 0.00 | 11,950.00 |
| 5 | Old Republic Insurance Company | Unsecured | 8,630.82 * | 0.00 | 0.00 | 0.00 | 0.00 | 11,950.00 |
|  | Ehrmann Gehlbach Badger & Lee<br><3120-00 Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 498.03 | 498.03 | 0.00 | 498.03 | 498.03 | 11,451.97 |
|  | Ehrmann Gehlbach Badger & Lee<br><3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 4,000.00 | 4,000.00 | 0.00 | 4,000.00 | 4,000.00 | 7,451.97 |
|  | MEGAN G. HEEG<br><2200-00 Trustee Expenses> | Admin Ch. 7 | 26.37 | 26.37 | 0.00 | 26.37 | 26.37 | 7,425.60 |
|  | MEGAN G. HEEG<br><2100-00 Trustee Compensation> | Admin Ch. 7 | 1,950.00 | 1,950.00 | 0.00 | 1,950.00 | 1,950.00 | 5,475.60 |
| 1 | Discover Bank | Unsecured | 8,081.75 | 8,081.75 | 0.00 | 8,081.75 | 569.95 | 4,905.65 |
| 2 | Mutual Management | Unsecured | 533.43 | 533.43 | 0.00 | 533.43 | 37.62 | 4,868.03 |
| 3 | Chase Bank USA, N.A. | Unsecured | 9,994.07 | 9,994.07 | 0.00 | 9,994.07 | 704.81 | 4,163.22 |
| 6 | Capital One Bank (USA), N.A. | Unsecured | 13,787.65 | 13,787.65 | 0.00 | 13,787.65 | 972.34 | 3,190.88 |
| 7 | Capital One Bank (USA), N.A. | Unsecured | 13,637.57 | 13,637.57 | 0.00 | 13,637.57 | 961.75 | 2,229.13 |
| 8 | Deb Burnell | Unsecured | 185.00 | 185.00 | 0.00 | 185.00 | 13.05 | 2,216.08 |
| 9 | Capital Recovery IV LLC | Unsecured | 26,826.01 | 26,826.01 | 0.00 | 26,826.01 | 1,891.83 | 324.25 |
| 10 | Capital Recovery IV LLC | Unsecured | 1,183.08 | 1,183.08 | 0.00 | 1,183.08 | 83.43 | 240.82 |
| 11 | American Express Centurion Bank | Unsecured | 3,414.86 | 3,414.86 | 0.00 | 3,414.86 | 240.82 | 0.00 |
| NOTFILED | Kohls/Chase | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Kohls/Chase | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Letourneau & Cleland, Ltd. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Platinum Recovery Solutions, Inc. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Radiology Consultants of Rockford | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Radiology Consultants of Rockford | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Rosecrance | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | The Home Depot | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

(*) Denotes objection to Amount Filed

## Claims Proposed Distribution

### Case: 10-73859   LANTZ, ERICH

**Case Balance:** $11,950.00  **Total Proposed Payment:** $11,950.00  **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | Universata Middlebrook Road | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total for Case 10-73859 : | | $101,867.62 | $84,117.82 | $0.00 | $84,117.82 | $11,950.00 | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $6,474.40 | $6,474.40 | $0.00 | $6,474.40 | 100.000000% |
| Total Secured Claims : | $9,118.98 | $0.00 | $0.00 | $0.00 | 0.000000% |
| Total Unsecured Claims : | $86,274.24 | $77,643.42 | $0.00 | $5,475.60 | 7.052240% |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-73859
Case Name: LANTZ, ERICH
Trustee Name: MEGAN G. HEEG

**Balance on hand:** $ 11,950.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | Alpine Bank | 9,118.98 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $ 0.00
Remaining balance:   $ 11,950.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 1,950.00 | 0.00 | 1,950.00 |
| Trustee, Expenses - MEGAN G. HEEG | 26.37 | 0.00 | 26.37 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger & Lee | 4,000.00 | 0.00 | 4,000.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger & Lee | 498.03 | 0.00 | 498.03 |

Total to be paid for chapter 7 administration expenses:   $ 6,474.40
Remaining balance:   $ 5,475.60

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $ 0.00
Remaining balance:   $ 5,475.60

UST Form 101-7-TFR (05/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 5,475.60

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 77,643.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 8,081.75 | 0.00 | 569.95 |
| 2 | Mutual Management | 533.43 | 0.00 | 37.62 |
| 3 | Chase Bank USA, N.A. | 9,994.07 | 0.00 | 704.81 |
| 5 | Old Republic Insurance Company | 0.00 | 0.00 | 0.00 |
| 6 | Capital One Bank (USA), N.A. | 13,787.65 | 0.00 | 972.34 |
| 7 | Capital One Bank (USA), N.A. | 13,637.57 | 0.00 | 961.75 |
| 8 | Deb Burnell | 185.00 | 0.00 | 13.05 |
| 9 | Capital Recovery IV LLC | 26,826.01 | 0.00 | 1,891.83 |
| 10 | Capital Recovery IV LLC | 1,183.08 | 0.00 | 83.43 |
| 11 | American Express Centurion Bank | 3,414.86 | 0.00 | 240.82 |

Total to be paid for timely general unsecured claims: $ 5,475.60
Remaining balance: $ 0.00

UST Form 101-7-TFR (05/1/2011)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR (05/1/2011)