UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | |
|---|---|
| In re: LANTZ, ERICH<br>    LANTZ, CINDY<br><br>Debtor(s) | § Case No. 10-73859<br>§<br>§<br>§ |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
<u>MEGAN G. HEEG</u>_____, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee. A hearing on the fee applications and any objection to the Final
Report will be held at 09:30 on 08/06/2012 in Courtroom 3100, United States Courthouse,
327 S. Church Stret
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  06/26/2012          By:  /s/MEGAN G. HEEG
                                                 Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

| | |
|---|---|
| In re: LANTZ, ERICH § | Case No. 10-73859 |
|       LANTZ, CINDY § | |
| § | |
| Debtor(s) § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 12,000.00 |
| *and approved disbursements of* | $ 50.00 |
| *leaving a balance on hand of* [1] | $ 11,950.00 |
| **Balance on hand:** | $ 11,950.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | Alpine Bank | 9,118.98 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 11,950.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 1,950.00 | 0.00 | 1,950.00 |
| Trustee, Expenses - MEGAN G. HEEG | 26.37 | 0.00 | 26.37 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger & Lee | 4,000.00 | 0.00 | 4,000.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger & Lee | 498.03 | 0.00 | 498.03 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 6,474.40 |
| Remaining balance: | $ 5,475.60 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $         0.00
Remaining balance:                                           $     5,475.60

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $         0.00
Remaining balance:                     $     5,475.60

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 77,643.42 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 8,081.75 | 0.00 | 569.95 |
| 2 | Mutual Management | 533.43 | 0.00 | 37.62 |
| 3 | Chase Bank USA, N.A. | 9,994.07 | 0.00 | 704.81 |
| 5 | Old Republic Insurance Company | 0.00 | 0.00 | 0.00 |
| 6 | Capital One Bank (USA), N.A. | 13,787.65 | 0.00 | 972.34 |
| 7 | Capital One Bank (USA), N.A. | 13,637.57 | 0.00 | 961.75 |
| 8 | Deb Burnell | 185.00 | 0.00 | 13.05 |
| 9 | Capital Recovery IV LLC | 26,826.01 | 0.00 | 1,891.83 |
| 10 | Capital Recovery IV LLC | 1,183.08 | 0.00 | 83.43 |
| 11 | American Express Centurion Bank | 3,414.86 | 0.00 | 240.82 |

UST Form 101-7-NFR (10/1/2010)

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 5,475.60 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-73859-MB
Erich Lantz                                                         Chapter 7
Cindy Lantz
      Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0752-3          User: cshabez              Page 1 of 3              Date Rcvd: Jul 09, 2012
                              Form ID: pdf006            Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2012.
db        #+Erich Lantz,    1812 N. Church,   Rockford, IL 61103-4621
jdb        +Cindy Lantz,    1916 Huffman Blvd,   Rockford, IL 61103-4557
15933548   +Alpine Bank,    c/o Karen Steiner,    PO Box 6086,    Rockford, IL 61125-1086
15933549    American Express,    PO Box 0001,   Los Angeles, CA 90096-0001
16607066    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
15933550    Bank of America,    P.O. Box 15019,   Wilmington, DE 19886-5019
15933553    Capital One,    P.O. Box 5294,   Carol Stream, IL 60197-5294
15933552    Capital One,    P.O. Box 6492,   Carol Stream, IL 60197-6492
15933554    Chase,    P.O. Box 15153,   Wilmington, DE 19886-5153
16389218    Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
15933555   +Citibank,    P.O. Box 6000,   The Lakes, NV 89163-0001
15933556   +Deb Burnell,    5301 E. State St, Suite 302,    Rockford, IL 61108-2399
15933559   +FMA Alliance, Ltd.,    1811 North Freeway,   Suite 900,    Houston, TX 77098-5415
15933558    Financial Asset Management Systems,,    P.O. Box 4551409,    Atlanta, GA 31145
15933561    Letourneau & Cleland, Ltd.,    4048 East State Street,    Rockford, IL 61108-2040
15933562   +Mutual Management,    PO Box 4777,   Rockford, IL 61110-4777
15933563    National Enterprise Systems,    29125 Solon Road,    Solon, OH 44139-3442
15933564    Nationwide Credit, Inc.,    3600 E. University Drive,    Suite 1350,    Phoenix, AZ 85034-7296
16441834   +Old Republic Insurance Co.,    C/O Old Republic ECS,    307 N Michigan Ave  Suite 1300,
             Chicago,IL 60601-5403
15933566   +Pinnacle Credit Services,    PO Box 640,   Hopkins, MN 55343-0640
15933567    Platinum Recovery Solutions, Inc.,    14010 FNB Parkway 5E,    Stop 8156,   Omaha, NE 68154-5206
15933568  #+Radiology Consultants of Rockford,    PO Box 4542,    Rockford, IL 61110-4542
15933570   +Swedish American Medical Group,    2550 Charles Street,    PO Box 1567,   Rockford, IL 61110-0067
15933571    The Home Depot,    P.O. Box 689100,   Des Moines, IA 50368-9100
15933572    Universata,    Middlebrook Road,   Suite 400,    Germantown, MD 20874

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15933551   +E-mail/Text: cms-bk@cms-collect.com Jul 10 2012 01:19:13     Capital Management Services,
             726 Exchange Street - Suite 700,    Buffalo, NY 14210-1464
16445237    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 10 2012 01:53:06     Capital One Bank (USA), N.A.,
             by American Infosource Lp As Agent,    PO Box 248839,   Oklahoma City, OK  73124-8839
16092729    E-mail/PDF: rmscedi@recoverycorp.com Jul 10 2012 01:56:25     Capital Recovery IV LLC,
             c/o Recovery Management Systems Corp,    Attn: Ramesh Singh,   25 SE 2nd Avenue Suite 1120,
             Miami FL 33131-1605
16331953    E-mail/PDF: mrdiscen@discoverfinancial.com Jul 10 2012 02:35:12     Discover Bank,
             Dfs Services LLC,    PO Box 3025,   New Albany, OH  43054-3025
15933557    E-mail/PDF: mrdiscen@discoverfinancial.com Jul 10 2012 02:35:12     Discover Card,
             P.O. Box 6103,    Carol Stream, IL 60197-6103
15933560   +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 10 2012 01:14:42     Kohls/Chase,
             N56 W 17000 Ridgewood Drive,    Menomonee Falls, WI 53051-7096
15933565    E-mail/Text: bankruptcydepartment@ncogroup.com Jul 10 2012 01:38:41     NCO Financial Systems,
             P. O. Box 15773,    Wilmington, DE 19850-5773
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16441835*  +Old Republic Insurance Co.,    C/O Old Republic ECS,    307 N Michigan Ave  Suite 1300,
             Chicago,IL 60601-5403
16441980*  +Old Republic Insurance Company,    C/O Old Republic ECS,    307 n Michigan Ave  Suite 1300,
             Chicago, IL 60601-5403
16441981*  +Old Republic Insurance Company,    C/O Old Republic ECS,    307 n Michigan Ave  Suite 1300,
             Chicago, IL 60601-5403
15933569  ##+Rosecrance,    1322 East State St.,   Rockford, IL 61104-2222
                                                                                   TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: cshabez            Page 2 of 3              Date Rcvd: Jul 09, 2012
                              Form ID: pdf006          Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 11, 2012**                   **Signature:**   *Joseph Speetjens*

```
District/off: 0752-3          User: cshabez             Page 3 of 3                  Date Rcvd: Jul 09, 2012
                              Form ID: pdf006           Total Noticed: 32
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2012 at the address(es) listed below:
    Megan G Heeg  on behalf of Plaintiff Trustee Megan G Heeg heeg@egbbl.com
    Megan G Heeg  heeg@egbbl.com, IL55@ecfcbis.com
    Patrick S Layng  USTPRegion11.MD.ECF@usdoj.gov
    Raul Abad  on behalf of Defendant Northern Arizona University rabad@gustlaw.com
    Scott E Hillison  on behalf of Debtor Erich Lantz mmagnuson@bjnatalelaw.com
                                            TOTAL: 5