**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION**

| | |
|---|---|
| In re: LANTZ, ERICH | §  Case No. 10-73859 |
|       LANTZ, CINDY | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $125,400.74 *(without deducting any secured claims)* | Assets Exempt: $115,100.00 |
| Total Distribution to Claimants: $5,475.60 | Claims Discharged Without Payment: $76,705.64 |
| Total Expenses of Administration: $6,524.40 | |

    3) Total gross receipts of $ 12,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $12,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $18,368.77 | $9,118.98 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,524.40 | 6,524.40 | 6,524.40 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 73,387.14 | 86,274.24 | 77,643.42 | 5,475.60 |
| **TOTAL DISBURSEMENTS** | $91,755.91 | $101,917.62 | $84,167.82 | $12,000.00 |

    4) This case was originally filed under Chapter 7 on July 30, 2010. The case was pending for 26 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/05/2012          By: /s/MEGAN G. HEEG
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Other Personal Property (unscheduled) | 1229-000 | 12,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$12,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Alpine Bank | 4110-000 | 18,368.77 | 9,118.98 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$18,368.77** | **$9,118.98** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 1,950.00 | 1,950.00 | 1,950.00 |
| MEGAN G. HEEG | 2200-000 | N/A | 26.37 | 26.37 | 26.37 |
| Ehrmann Gehlbach Badger & Lee | 3110-000 | N/A | 4,000.00 | 4,000.00 | 4,000.00 |
| Ehrmann Gehlbach Badger & Lee | 3120-000 | N/A | 498.03 | 498.03 | 498.03 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | **$6,524.40** | **$6,524.40** | **$6,524.40** |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 6,794.60 | 8,081.75 | 8,081.75 | 569.95 |
| 2 | Mutual Management | 7100-000 | 322.00 | 533.43 | 533.43 | 37.62 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 9,200.71 | 9,994.07 | 9,994.07 | 704.81 |
| 5 | Old Republic Insurance Company | 7100-000 | N/A | 8,630.82 | 0.00 | 0.00 |
| 6 | Capital One Bank (USA), N.A. | 7100-000 | 9,497.92 | 13,787.65 | 13,787.65 | 972.34 |
| 7 | Capital One Bank (USA), N.A. | 7100-000 | 12,673.95 | 13,637.57 | 13,637.57 | 961.75 |
| 8 | Deb Burnell | 7100-000 | 188.00 | 185.00 | 185.00 | 13.05 |
| 9 | Capital Recovery IV LLC | 7100-000 | 25,559.17 | 26,826.01 | 26,826.01 | 1,891.83 |
| 10 | Capital Recovery IV LLC | 7100-000 | 1,198.11 | 1,183.08 | 1,183.08 | 83.43 |
| 11 | American Express Centurion Bank | 7100-000 | 3,414.86 | 3,414.86 | 3,414.86 | 240.82 |
| NOTFILED | Radiology Consultants of Rockford | 7100-000 | 13.00 | N/A | N/A | 0.00 |
| NOTFILED | Platinum Recovery Solutions, Inc. | 7100-000 | 489.81 | N/A | N/A | 0.00 |
| NOTFILED | Radiology Consultants of Rockford | 7100-000 | 455.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Universata Middlebrook Road | 7100-000 | 10.90 | N/A | N/A | 0.00 |
| NOTFILED | Letourneau & Cleland, Ltd. | 7100-000 | 338.59 | N/A | N/A | 0.00 |
| NOTFILED | The Home Depot | 7100-000 | 794.52 | N/A | N/A | 0.00 |
| NOTFILED | Rosecrance | 7100-000 | 2,193.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls/Chase | 7100-000 | 114.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls/Chase | 7100-000 | 129.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$73,387.14** | **$86,274.24** | **$77,643.42** | **$5,475.60** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-73859  
**Case Name:** LANTZ, ERICH  
LANTZ, CINDY  
**Period Ending:** 10/05/12

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 07/30/10 (f)  
**§341(a) Meeting Date:** 09/10/10  
**Claims Bar Date:** 01/21/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Checking, savings or other financial accounts, c<br>Orig. Asset Memo: Orig. Description: Alpine Bank - Checking; Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking, savings or other financial accounts, c<br>Orig. Asset Memo: Orig. Description: Alpine Bank - Checking; Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking, savings or other financial accounts, c<br>Orig. Asset Memo: Orig. Description: Associated Bank - Savings (proceeds from sale of homestead in 2009); Imported from original petition Doc# 1 | 9,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking, savings or other financial accounts, c<br>Orig. Asset Memo: Orig. Description: Associated Bank - Checking; Imported from original petition Doc# 1 | 400.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking, savings or other financial accounts, c<br>Orig. Asset Memo: Orig. Description: Alpine Bank - savings ( joint account with Bill Perrin); Imported from original petition Doc# 1 | 300.00 | 0.00 | DA | 0.00 | FA |
| 6 | Checking, savings or other financial accounts, c<br>Orig. Asset Memo: Orig. Description: American Funds - Investment account; Imported from original petition Doc# 1 | 350.00 | 0.00 | DA | 0.00 | FA |
| 7 | Checking, savings or other financial accounts, c<br>Orig. Asset Memo: Orig. Description: American Funds Investment Account F/B/O eldest son; Imported from original petition Doc# 1 | 946.59 | 0.00 | DA | 0.00 | FA |
| 8 | Checking, savings or other financial accounts, c<br>Orig. Asset Memo: Orig. Description: American Funds - Investment account F/B/O youngest son; Imported from original petition Doc# 1 | 904.15 | 0.00 | DA | 0.00 | FA |
| 9 | Security deposits with public utilities, telepho<br>Orig. Asset Memo: Orig. Description: $1,000.00 Security deposit with landlord Brian Ritter; Imported from original petition Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Household goods and furnishings, including audio | 3,000.00 | 0.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-73859  
**Case Name:** LANTZ, ERICH  
LANTZ, CINDY  
**Period Ending:** 10/05/12

**Trustee:** (330490)   MEGAN G. HEEG  
**Filed (f) or Converted (c):** 07/30/10 (f)  
**§341(a) Meeting Date:** 09/10/10  
**Claims Bar Date:** 01/21/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Orig. Asset Memo: Orig. Description: Normal complement of household goods and furnishings; Imported from original petition Doc# 1 | | | | | |
| 11  Wearing apparel.<br>Orig. Asset Memo: Orig. Description: Normal complement of wearing apparel; Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 12  Furs and jewelry.<br>Orig. Asset Memo: Orig. Description: Diamond jewelry; Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 13  Interests in IRA, ERISA, Keogh, or other pension<br>Orig. Asset Memo: Orig. Description: Chicago District Counsel of Carpenters Union - Pension; Imported from original petition Doc# 1 | 84,000.00 | 0.00 | DA | 0.00 | FA |
| 14  Interests in IRA, ERISA, Keogh, or other pension<br>Orig. Asset Memo: Orig. Description: Actor's Equity Association - Pension; Imported from original petition Doc# 1 | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 15  Automobiles, trucks, trailers and other vehicles<br>Orig. Asset Memo: Orig. Description: 1999 Plymouth Voyager; Imported from original petition Doc# 1 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 16  Automobiles, trucks, trailers and other vehicles<br>Orig. Asset Memo: Orig. Description: 2002 BMW 325xi; Imported from original petition Doc# 1 | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 17  Automobiles, trucks, trailers and other vehicles<br>Orig. Asset Memo: Orig. Description: 2002 Pontiac Grand Am; Imported from original petition Doc# 1 | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 18  Machinery, fixtures, equipment and supplies used<br>Orig. Asset Memo: Orig. Description: Desktop Computer; Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 19  Other personal property of any kind not already<br>Orig. Asset Memo: Orig. Description: Table Saw; Imported from original petition Doc# 1 | 400.00 | 0.00 | DA | 0.00 | FA |
| 20  Other Personal Property (unscheduled)  (u) | 0.00 | 12,000.00 | | 12,000.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-73859  
**Case Name:** LANTZ, ERICH  
LANTZ, CINDY  
**Period Ending:** 10/05/12

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 07/30/10 (f)  
**§341(a) Meeting Date:** 09/10/10  
**Claims Bar Date:** 01/21/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Debtors made payments to University for benefit of adult son after obtaining bktcy counseling. Filed adversary against Uni and adult son | | | | | |
| 20 Assets Totals (Excluding unknown values) | $125,400.74 | $12,000.00 | | $12,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** July 15, 2011      **Current Projected Date Of Final Report (TFR):** June 26, 2012 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-73859
**Case Name:** LANTZ, ERICH
LANTZ, CINDY
**Taxpayer ID #:** **-***0601
**Period Ending:** 10/05/12

**Trustee:** MEGAN G. HEEG (330490)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******83-65 - Money Market Account
**Blanket Bond:** $1,500,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 10/05/2012 03:38 PM    V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 10-73859 | | **Trustee:** | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| **Case Name:** | LANTZ, ERICH | | **Bank Name:** | The Bank of New York Mellon |
| | LANTZ, CINDY | | **Account:** | 9200-******83-67 - Checking Account |
| **Taxpayer ID #:** | **-***0601 | | **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Period Ending:** | 10/05/12 | | **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)                                    Printed: 10/05/2012 03:38 PM    V.13.04

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-73859  
**Case Name:** LANTZ, ERICH  
LANTZ, CINDY  
**Taxpayer ID #:** **-***0601  
**Period Ending:** 10/05/12  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******83-68 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/26/12 | {20} | Northern Arizona University | compromise | 1229-000 | 12,000.00 | | 12,000.00 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,975.00 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,950.00 |
| 06/25/12 | 1001 | Action Auctioneering | net proceeds to auctioneer (posted on wrong account)<br>Voided on 06/25/12 | 3610-000 | | 1,179.00 | 10,771.00 |
| 06/25/12 | 1001 | Action Auctioneering | net proceeds to auctioneer (posted on wrong account)<br>Voided: check issued on 06/25/12 | 3610-000 | | -1,179.00 | 11,950.00 |
| 08/21/12 | 1002 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $4,000.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 4,000.00 | 7,950.00 |
| 08/21/12 | 1003 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $498.03, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 498.03 | 7,451.97 |
| 08/21/12 | 1004 | Discover Bank | Dividend paid 7.05% on $8,081.75; Claim# 1; Filed: $8,081.75; Reference: XXXX-XXXX-XXXX-5508 | 7100-000 | | 569.95 | 6,882.02 |
| 08/21/12 | 1005 | Mutual Management | Dividend paid 7.05% on $533.43; Claim# 2; Filed: $533.43; Reference: XXXX1918 | 7100-000 | | 37.62 | 6,844.40 |
| 08/21/12 | 1006 | Chase Bank USA, N.A. | Dividend paid 7.05% on $9,994.07; Claim# 3; Filed: $9,994.07; Reference: XXXX XXXX XXXX 4028 | 7100-000 | | 704.81 | 6,139.59 |
| 08/21/12 | 1007 | Capital One Bank (USA), N.A. | Dividend paid 7.05% on $13,787.65; Claim# 6; Filed: $13,787.65; Reference: XXXX-XXXX-XXXX-1733 | 7100-000 | | 972.34 | 5,167.25 |
| 08/21/12 | 1008 | Capital One Bank (USA), N.A. | Dividend paid 7.05% on $13,637.57; Claim# 7; Filed: $13,637.57; Reference: XXXX-XXXX-XXXX-3339 | 7100-000 | | 961.75 | 4,205.50 |
| 08/21/12 | 1009 | Deb Burnell | Dividend paid 7.05% on $185.00; Claim# 8; Filed: $185.00; Reference: 2020 | 7100-000 | | 13.05 | 4,192.45 |
| 08/21/12 | 1010 | Capital Recovery IV LLC | Dividend paid 7.05% on $26,826.01; Claim# 9; Filed: $26,826.01; Reference: XXX XXXXX XX37 05 | 7100-000 | | 1,891.83 | 2,300.62 |
| 08/21/12 | 1011 | Capital Recovery IV LLC | Dividend paid 7.05% on $1,183.08; Claim# 10; Filed: $1,183.08; Reference: XXXXXXXXXXXX6853 | 7100-000 | | 83.43 | 2,217.19 |
| 08/21/12 | 1012 | American Express Centurion Bank | Dividend paid 7.05% on $3,414.86; Claim# 11; Filed: $3,414.86; Reference: XXXX-XXXXXX-X1009 | 7100-000 | | 240.82 | 1,976.37 |

Subtotals : $12,000.00 $10,023.63

{} Asset reference(s)        Printed: 10/05/2012 03:38 PM    V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 10-73859  
**Case Name:** LANTZ, ERICH  
LANTZ, CINDY  
**Taxpayer ID #:** **-***0601  
**Period Ending:** 10/05/12  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******83-68 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/21/12 | 1013 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,976.37 | 0.00 |
| | | | Dividend paid 100.00%   1,950.00 on $1,950.00;  Claim# ; Filed: $1,950.00 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%   26.37 on $26.37;  Claim# ; Filed: $26.37 | 2200-000 | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 12,000.00 | 12,000.00 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| Subtotal | | 12,000.00 | 12,000.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$12,000.00** | **$12,000.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******83-65 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******83-67 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******83-68 | 12,000.00 | 12,000.00 | 0.00 |
| | $12,000.00 | $12,000.00 | $0.00 |

{} Asset reference(s)

Printed: 10/05/2012 03:38 PM    V.13.04